a

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

JOSE JAVIER SORTO GOMEZ                          CIVIL DOCKET NO. 1:25-CV-01948
#A206-501-802,                                                                SEC P
Petitioner

VERSUS                                                                JUDGE EDWARDS

WARDEN LASALLE DETENTION            MAGISTRATE JUDGE PEREZ-MONTES
FACILITY ET AL,
Respondents

---

## REPORT AND RECOMMENDATION

Before the Court is a Motion to Dismiss for Lack of Jurisdiction (ECF No. 13). The Government seeks dismissal of a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Jose Javier Sorto-Gomez ("Sorto-Gomez"). At the time of filing, Sorto-Gomez was an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana. ECF No. 4. On January 29, 2026, he was granted voluntary departure. ECF No. 13-2. Sorto-Gomez posted the requisite bond, and he is no longer detained. *Id.*

Because Sorto-Gomez is not detained, the § 2241 claim is moot. *See Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019). If a controversy is moot, the court lacks subject matter jurisdiction. *Carr v. Saucier*, 582 F.2d 14, 16 (5th Cir. 1978) (citing *North Carolina v. Rice*, 404 U.S. 244, 246 (1971); *Locke v. Board of Public Instruction*, 499 F.2d 359, 363-364 (5th Cir. 1974)).

1

Accordingly, IT IS RECOMMENDED that the Motion to Dismiss (ECF No. 13) be GRANTED, and the Petition (ECF No. 4) be DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b).  A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause.  A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Thursday, March 12, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2