## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

JOSE JAVIER SORTO GOMEZ                CIVIL ACTION NO. 25-1948 SEC P
#A206-501-802

VERSUS                                 JUDGE EDWARDS

WARDEN LASALLE DETENTION               MAG. JUDGE PEREZ-MONTES
FACILITY ET AL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 18), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss filed by Respondents (R. Doc. 13) is GRANTED and the Petition filed by JOSE JAVIER SORTO GOMEZ #A206-501-802 (R. Doc. 4) is **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 1st day of April, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT